No. 73–893. COMMUNIST PARTY ET AL. *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN, ET AL. Appeal from D. C. E. D. Mich. Judgment vacated and case remanded for further consideration in light of *American Party of Texas* v. *White,* 415 U. S. 767 (1974).

No. 73–1184. SCHWEGMANN BROTHERS GIANT SUPER MARKETS *v.* LOUISIANA MILK COMMISSION; and

No. 73–1259. LOUISIANA MILK COMMISSION *v.* SCHWEGMANN BROTHERS GIANT SUPER MARKETS. Affirmed on appeal from D. C. M. D. La.